IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUANNE BOWSER, *individually and on behalf,* *Of all others similarly situated,* | : : : : | |
| PLAINTIFF, | : : | Civil No.  24-1306 |
| vs. | : : | Judge David Stewart Cercone |
| FLAGSTAR STAFFING, INC. DBA FLAGSTAR NURSING, | : : | |

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this matter hereby stipulate to the dismissal of the above-captioned case without prejudice.  Each party will bear its own costs.

Respectfully Submitted,

| | |
|---|---|
| WAGE AND HOUR FIRM | DICKIE, McCAMEY & CHILCOTE, |
| BY:   /s/Ricardo J. Prieto          Ricardo J. Prieto, Esquire     5050 Quorum Drive     Suite 700     Dallas, TX 75254  *Attorneys for Plaintiff* *and Putative Class and Collective* *Action Members* | BY:   /s/Thomas H. May          Thomas H. May, Esquire     Two PPG Place – Suite 400     Pittsburgh, PA  15222-5402  *Attorneys for Defendants* |
| **SO ORDERED:** Dated: November 6, 2024 | s/David Stewart Cercone David Stewart Cercone Senior U.S. District Court Judge |